Division, Fourth Department. March, 1896.) Action by Ferdinand R. Jackson against Francis H. Marshall and others. No opinion. Order of November 25, 1895, modified by striking therefrom the words "sixty dollars," and, as modified, the order and judgment are affirmed, with costs.

---

JAHODA et al., Respondents, v. ELDREDGE et al., Appellants. (Supreme Court, Appellate Division, First Department. September 9, 1896.) Action by Anton Jahoda and another against Charles T. Eldredge and another. No opinion. Motion granted, with $10 costs.

---

J. & A. McKECHNIE BREWING CO., Appellant, v. TRUSTEES OF VILLAGE OF CANANDAIGUA et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 30, 1896.) Action by the J. & A. McKechnie Brewing Company against the trustees of the Village of Canandaigua and John Hannah. No opinion. The justices qualified to hear the appeal being equally divided, the court directs the same to be sent to and heard in the appellate division of the Third judicial department, pursuant to section 231 of the Code of Civil Procedure.

---

KELLY, Respondent, v. COHOES KNITTING CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 14, 1896.) Action by Elizabeth Kelly, by Mary Kelly, guardian, against the Cohoes Knitting Company. No opinion. Motion denied. See 40 N. Y. Supp. 477.

---

KNAPP, Respondent, v. CRANE, Appellant. (Supreme Court, Appellate Division, First Department. September 9, 1896.) Action by Harry K. Knapp, individually and as executor, against Charlton W. Crane. W. Hornblower, for appellant. E. W. Sheldon, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

(7 App. Div. 603)

In re KEMP'S ESTATE. (Supreme Court, Appellate Division, First Department. June 29, 1896.) Appraisement of the estate of George Kemp, deceased, for taxation under the transfer tax law. Wm. V. Rowe, for appellant. Emmet R. Olcott, for respondent.

PER CURIAM. This case is clearly within the principles laid down in Re Baudoine (Sup.) 39 N. Y. Supp. 1120, and in Re Livingston, 1 App. Div. 568, 37 N. Y. Supp. 463. Indeed, the principle of the Livingston Case is more decisive than that enunciated in the Baudoine Case. As to the stock of the Times corporation, the ruling of the surrogate was acquiesced in; and, further, the surrogate offered to send the case back on that head, and that offer was not accepted by the executors. The only error we find in this record is the allowance of $25 to the special guardian. We think that the appointment of a special guardian was wholly unnecessary upon the facts in this case, and that the rule laid down in the Post Case (Sup.) 38 N. Y. Supp. 977, on that subject, is applicable.

The order should therefore be modified by striking out the allowance of $25 to the special guardian, and, as modified, affirmed, without costs.

---

KENNEDDY, Appellant, v. GARRICK et al., Respondents. (City Court of New York, General Term. June 30, 1896.) Action by John A. Kenneddy, assignee, etc., against Robert A. Garrick and others. Dennis Quinn, for appellant. Horace C. Skelly, for respondents. Oswald N. Jacoby, in pro. per.

CONLAN, J. Order appealed from modified, so far as it requires Dennis Quinn to repay to Oswald N. Jacoby the sum of $191.78, and, as so modified, affirmed, with costs. VAN WYCK, C. J., concurs.

---

LAKE KEUKA NAV. CO., Appellant, v. LEE et al., Respondents. (Supreme Court, Appellate Division, First Department. September 9, 1896.) Action by the Lake Keuka Navigation Company against Philo Lee and another. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, without prejudice to a renewal of the motion upon payment of the costs of this appeal, the plaintiff stipulating not to raise the question of lapse of time. In case such stipulation be not given, order affirmed, with $10 costs and disbursements.

---

LEAVENWORTH v. DODGE. (Supreme Court, Appellate Division, Third Department. July 7, 1896.) Action by Elizabeth C. Leavenworth against Arthur M. Dodge. No opinion. Judgment affirmed, with costs.

---

LENNON v. GRAUER. (Supreme Court, Appellate Division, First Department. January 14, 1896.) No opinion. Motion denied, without costs. See 38 N. Y. Supp. 22.

---

LEWIS v. GROSVENOR. (Supreme Court, Appellate Division, First Department. January 14, 1896.) No opinion. Motion granted, with $10 costs.

(8 App. Div. 613)

LITTLE, Respondent, v. BENSON et al., Appellants. (Supreme Court, Appellate Division, Third Department. July 7, 1896.) Action by Charles W. Little against Albert V. Benson, Frederick W. Ridgway, Albert Rathbone, Acora Rathbun, James Rooney, William H. Weaver, and Vreeland H. Youngman, as water commissioners of the city of Albany. John A. Delehanty, for appellants. Mills & Bridge (Charles H. Mills, of counsel), for respondent.

PUTNAM, J. Order reversed, with costs and disbursements, for reasons stated in the opinion in the case of Brass v. Rathbone (decided at the present term), 40 N. Y. Supp. 466. All concur.

---

LOEW, Respondent, v. CHRIST, Appellant. (Supreme Court, Appellate Division, First Department. April 10, 1896.) Action by Edward V. Loew, as administrator, against Sebastian Christ. No opinion. Motion to open default granted, on payment of $20 costs. See 38 N. Y. Supp. 1146.